UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAYTREND DENONE MOSES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2361** |
| **JEAN LOVETT, SKY NOBLE, NURSE KAREN, R.N.** | **SECTION "H"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the Objections thereto, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Daytrend DeNone Moses's **Motion for Temporary Restraining Order or Preliminary Injunction (Rec. Doc. No. 5)** is **DENIED**.

New Orleans, Louisiana, this 9th day of September, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**